IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. :   06- |
| | : | |
| v. | : | DATE FILED :     9-14-06 |
| | : | |
| **SEAN L. HAGINS** | : | VIOLATIONS: |
| | : | 18 U.S.C.  § 922(g)(1) (possession of |
| | : | a firearm by convicted felon - 1 count) |
| | : | Notice of forfeiture |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 29, 2004, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SEAN L. HAGINS**,

having been convicted in a court of the State of New Jersey of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, that is, a Glock, 40 caliber pistol, Model 27, with a defaced serial number on the receiver, and serial number DDZ926 on the slide, loaded with sixteen live rounds.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**SEAN L. HAGINS**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such offense, including, but not limited to:

1. a Glock, 40 caliber pistol, Model 27, with a defaced serial number on the receiver, and serial number DDZ926 on the slide;

2. sixteen .40 cal rounds of ammunition; and

3. 1 black magazine.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**PATRICK L. MEEHAN**
**United States Attorney**