# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | |
| **SEAN L. HAGINS** | **NO. 06-0485** |

## O R D E R

**AND NOW**, this 24th day of May, 2023, upon consideration of Defendant's Motion for Compassionate Release (ECF No. 260), Defendant's Notice of Upcoming Relevant Authority Under the United States Sentencing Guidelines [sic] (ECF No. 260), and the Government's Response (ECF No. 265), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**