IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| SEAN L. HAGINS | NO.  06-0485 |

### O R D E R

**AND NOW**, this 10th day of July, 2024, upon consideration of Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 276), the government's opposition thereto (ECF No. 278), and Defendant's reply (ECF No. 279), it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**

1